**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| MATTHEW WAYNE BRITT, #126247, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:23-cv-381-JDK-KNM |
| | § | |
| GREGG COUNTY SHERIFF OFFICE, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Matthew Wayne Britt, a former Gregg County Jail inmate proceeding

pro se, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983.  The case was

referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact,

conclusions of law, and recommendations for disposition.

On September 27, 2023, Judge Mitchell issued a Report recommending that

the Court dismiss this case without prejudice for want of prosecution and Plaintiff's

failure to comply with a Court order.  Docket No. 12.  A copy of the Report was sent

to Plaintiff at his last-known address, with an acknowledgment card.  That mailing

was returned as "undeliverable," with a notation that Plaintiff is no longer at the Jail.

Docket No. 13.  Plaintiff has neither filed objections to the Report nor a notice of a

change of address.

This Court reviews the findings and conclusions of the Magistrate Judge de

novo only if a party objects within fourteen days of service of the Report and

Recommendation.  28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, Plaintiff did not object in the prescribed period.  The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law.  Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 12) as the findings of this Court.  It is therefore **ORDERED** that this case is **DISMISSED** without prejudice for want of prosecution and Plaintiff's failure to comply with an order of the Court.

So **ORDERED** and **SIGNED** this **30th** day of **November, 2023.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2